IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA GREEN, | : |
| | : MISCELLANEOUS ACTION |
| Plaintiff, | : NO. 16-84 |
| | : |
| v. | : |
| | : |
| WILLIAM H. COSBY, JR. | : |
| | : |
| Defendant. | : |

**O R D E R**

**AND NOW**, this **21st** day of **October, 2016,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Transfer (ECF No. 8) is **GRANTED**. This matter shall be transferred to the United States District Court for the District of Massachusetts.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**